

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00319-CV

Benjamin Ebaseh-Onofa, Individually, and as Personal Representative of and on Behalf of All Wrongful Death Beneficiaries of the Estate of Omonosioni Ebaseh-Onofa
v.
McAllen Hospitals, L. P. D/B/A Edinburg Regional Medical Center

On Appeal from the
206th District Court of Hidalgo County, Texas
Trial Cause No. C-1303-11-D

JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

May 21, 2015